**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GLICA, SHIRLEY A. | § | Case No. 11-10978 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/28/2011 . The undersigned trustee was appointed on 03/28/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 5,600.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 26.66 |
| Bank service fees | 150.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 5,423.34 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/28/2011 and the deadline for filing governmental claims was 11/28/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,310.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,310.00 , for a total compensation of $ 1,310.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/03/2013           By:/s/DANIEL E. BRICK, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 11-10978 MJK Judge: MICHAEL J. KAPLAN
Case Name: GLICA, SHIRLEY A.
For Period Ending: 12/03/13

Trustee Name: DANIEL E. BRICK, TRUSTEE
Date Filed (f) or Converted (c): 03/28/11 (f)
341(a) Meeting Date: 05/12/11
Claims Bar Date: 11/28/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead: 828 Castlebar Dr., North Tonawanda, N | 104,700.00 | 0.00 | | 0.00 | FA |
| 2. Pocket Money: | 5.00 | 0.00 | | 0.00 | FA |
| 3. M&T Bank: Checking | 0.00 | 0.00 | | 0.00 | FA |
| 4. M&T Bank: Checking & Savings | 82.00 | 0.00 | | 0.00 | FA |
| 5. Furniture: (all ordinary) | 975.00 | 0.00 | | 0.00 | FA |
| 6. Clothing: | 250.00 | 0.00 | | 0.00 | FA |
| 7. John Hancock Life Insurance (term) | 0.00 | 0.00 | | 0.00 | FA |
| 8. Kaleida Health Pension: (currently receiving) | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2008 Subaru Impreza Hatchback: | 9,150.00 | 5,600.00 | | 5,600.00 | FA |
| 10. Beads & Findings: | 400.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values) $115,562.00 $5,600.00 $5,600.00

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

$5,600.00 at $200 per month
5/13/2011 Letter from D. Butterini, Esq. re: offer for vehicle.
5/17/2011 Letter to D. Butterini, Esq. re: increasing offer.
5/19/2011 Preparation and filing of Motion Objecting to Exemptions.
5/20/2011 Letter from D. Butterini, Esq. agreeing to payment increase.
5/25/2011 Preparation and filing of Motion to Approve Compromise.
7/25/2011 Service fo Order on Motion to Compromise.
7/25/2011 Service of Order on Motion Objecting to Exemptions.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 11-10978 MJK Judge: MICHAEL J. KAPLAN | Trustee Name: DANIEL E. BRICK, TRUSTEE |
| Case Name: GLICA, SHIRLEY A. | Date Filed (f) or Converted (c): 03/28/11 (f) |
| | 341(a) Meeting Date: 05/12/11 |
| | Claims Bar Date: 11/28/11 |

5/26/2011 Letter from D. Butterini, Esq. re: enclosing amendment to schedules.
06/15/11 $5,600 at 28 payments of $200.
1/15/13 Deposit held for transfer of funds from Capital One to Union Bank receiving payments for non-exempt int in vehicle.

Initial Projected Date of Final Report (TFR): 01/01/14        Current Projected Date of Final Report (TFR): 01/01/14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-10978 -MJK | | Trustee Name: | DANIEL E. BRICK, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | GLICA, SHIRLEY A. | | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID No: | ******6581 | | Account Number / CD #: | *******9365 Money Market Account |
| For Period Ending: | 12/03/13 | | Blanket Bond (per case limit): | $ 32,892,691.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/15/11 | 9 | Shirley A. Glica | Non exempt interest in motor vehicle DEPOSIT CHECK #4142 | 1129-000 | 200.00 | | 200.00 |
| 07/13/11 | 9 | Shirley A. Glica | Non exempt interest in motor vehicle DEPOSIT CHECK #4152 | 1129-000 | 200.00 | | 400.00 |
| 08/15/11 | 9 | Shirley A. Glica | Non exempt interest in motor vehicle DEPOSIT CHECK #4160 | 1129-000 | 200.00 | | 600.00 |
| 09/07/11 | 001001 | BRICK, BRICK & ELMER PO BOX 604 NORTH TONAWANDA, NY 14120 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/07/2011 FOR CASE #11-10978 | 2300-000 | | 0.69 | 599.31 |
| 09/14/11 | 9 | Shirley A. Glica | Non exempt interest in motor vehicle DEPOSIT CHECK #4172 | 1129-000 | 200.00 | | 799.31 |
| 10/12/11 | 9 | Shirley A. Glica | Non exempt interest in motor vehicle DEPOSIT CHECK #4191 | 1129-000 | 200.00 | | 999.31 |
| 11/14/11 | 9 | Shirley A. Glica | Non exempt interest in motor vehicle DEPOSIT CHECK #4201 | 1129-000 | 200.00 | | 1,199.31 |
| 12/16/11 | 9 | Shirley A. Glica | Non exempt interest in motor vehicle DEPOSIT CHECK #4209 | 1129-000 | 200.00 | | 1,399.31 |
| 01/19/12 | | Trsf To Capital One | FINAL TRANSFER | 9999-000 | | 1,399.31 | 0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | 1,400.00 | 1,400.00 |
| Less: Bank Transfers/CD's | 0.00 | 1,399.31 |
| Subtotal | 1,400.00 | 0.69 |
| Less: Payments to Debtors | | 0.00 |
| Net | 1,400.00 | 0.69 |

Page Subtotals     1,400.00     1,400.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-10978 -MJK | | Trustee Name: | DANIEL E. BRICK, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | GLICA, SHIRLEY A. | | Bank Name: | UNION BANK |
| Taxpayer ID No: | ******6581 | | Account Number / CD #: | *******4920 Checking Account |
| For Period Ending: | 12/03/13 | | Blanket Bond (per case limit): | $ 32,892,691.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/14/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 3,790.60 | | 3,790.60 |
| 01/15/13 | 9 | Shirley A. Glica<br>828 Castlebar Dr.<br>North Tonawanda, NY 14120-2912 | Non-Exempt int in personal property | 1129-000 | 200.00 | | 3,990.60 |
| 02/14/13 | 9 | Shirley Glica<br>828 Castlebar Dr.<br>North Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | | 4,190.60 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,175.60 |
| 03/13/13 | 9 | Shirley A. Glica<br>828 Castlebar Dr.<br>North Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | | 4,375.60 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,360.60 |
| 04/11/13 | 9 | Shirley A. Glica<br>828 Castlebar Dr.<br>North Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | | 4,560.60 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,545.60 |
| 05/10/13 | 9 | Shirley A. Glica<br>828 Castlebar Dr.<br>North Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | | 4,745.60 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,730.60 |
| 06/14/13 | 9 | Shirley A. Glica<br>828 Castlebar Dr.<br>N. TOnawanda, Ny 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | | 4,930.60 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,915.60 |
| 07/12/13 | 9 | Shirley A, Glica<br>828 Castlebar Dr.<br>North Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | | 5,115.60 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,100.60 |
| | | | Page Subtotals | | 5,190.60 | 90.00 | |

LFORM24  **UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*  Ver: 17.03

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-10978 -MJK | Trustee Name: | DANIEL E. BRICK, TRUSTEE |
| Case Name: | GLICA, SHIRLEY A. | Bank Name: | UNION BANK |
| Taxpayer ID No: | ******6581 | Account Number / CD #: | ******4920 Checking Account |
| For Period Ending: | 12/03/13 | Blanket Bond (per case limit): | $ 32,892,691.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/14/13 | 9 | Shirley A. Glica<br>828 Castlebar Dr.<br>North Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | | 5,300.60 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,285.60 |
| 09/05/13 | 010001 | International Sureties, LTD. | Bond Premium | 2300-000 | | 17.26 | 5,268.34 |
| 09/12/13 | 9 | Shirley A. Glica<br>828 Castlebar Dr.<br>N. Tonawanda, NY 14120 | Non-Exempt int in real property | 1129-000 | 200.00 | | 5,468.34 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,453.34 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,438.34 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,423.34 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 5,590.60 | 167.26 |
| Less: Bank Transfers/CD's | | 3,790.60 | 0.00 |
| Subtotal | | 1,800.00 | 167.26 |
| Less: Payments to Debtors | | 0.00 | |
| Net | | 1,800.00 | 167.26 |

Page Subtotals 400.00 77.26 5,423.34

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-10978 -MJK | | | | Trustee Name: | DANIEL E. BRICK, TRUSTEE | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GLICA, SHIRLEY A. | | | | Bank Name: | Capital One | |
| Taxpayer ID No: | ******6581 | | | | Account Number / CD #: | *******7546 Checking Account | |
| For Period Ending: | 12/03/13 | | | | Blanket Bond (per case limit): | $ 32,892,691.00 | |
| | | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | Account / CD Balance ($) |
| | | | | | Deposits ($) / Disbursements ($) | |
| | | | BALANCE FORWARD | | | 0.00 |
| 01/19/12 | | Trsf In From The Bank of New York M | INITIAL WIRE TRANSFER IN | 9999-000 | 1,399.31 | 1,399.31 |
| 01/24/12 | 9 | Shirley A. Glica 828 Castlebar Dr. North Tonawanda, NY 14120-2912 | Non exempt int in personal property | 1129-000 | 200.00 | 1,599.31 |
| 02/13/12 | 9 | Shirley A. Glica 828 Castlebar Dr. North Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | 1,799.31 |
| 03/14/12 | 9 | Shirley A. Glica 828 Castlebar Dr. North Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | 1,999.31 |
| 04/11/12 | 9 | Shirley A. Glica 828 Castlebar Dr. North Tonawanda, NY 14120-2912 | Non exempt int in personal property | 1129-000 | 200.00 | 2,199.31 |
| 05/11/12 | 9 | Shirley A. Glica 828 Castlebar Dr. North Tonawanda, NY 14120-2912 | Non exempt int in personal property | 1129-000 | 200.00 | 2,399.31 |
| 06/13/12 | 9 | Shirley A. Glica 828 Castlebar Dr. North Tonawanda, NY 14120-2912 | non exempt int in personal property | 1129-000 | 200.00 | 2,599.31 |
| 07/11/12 | 9 | Shirley A. Glica 828 Castlebar Dr. N. Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | 2,799.31 |
| 08/13/12 | 9 | Shirley A. Glica 828 Castlebar Dr. N. Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | 2,999.31 |
| 09/13/12 | 9 | Shirley A. Glica 828 Castlebar Dr. North Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | 3,199.31 |
| 09/17/12 | 001001 | International Sureties, LTD. | Blanket Bond #016029057 | 2300-000 | 8.71 | 3,190.60 |
| | | | Page Subtotals | | 3,199.31 / 8.71 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-10978 -MJK | | Trustee Name: | DANIEL E. BRICK, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GLICA, SHIRLEY A. | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *********7546 Checking Account |
| Taxpayer ID No: | ******6581 | | Blanket Bond (per case limit): | $ 32,892,691.00 |
| For Period Ending: | 12/03/13 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 420 701 Poydras St. New Orleans, LA 70139 | | | | | |
| 10/10/12 | 9 | Shirley A. Glica 828 Castlebar Dr. North Tonawanda, NY 14120-2912 | Non exempt int in personal property | 1129-000 | 200.00 | | 3,390.60 |
| 11/15/12 | 9 | Shirley Glica 828 Castlebar Dr. N. Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | | 3,590.60 |
| 12/13/12 | 9 | Shirley A. Glica 828 Castlebar Dr. N. Tonawanda, NY 14120-2912 | Non-exempt int in personal property | 1129-000 | 200.00 | | 3,790.60 |
| 01/14/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 3,790.60 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 3,799.31 | 3,799.31 | 0.00 |
| Less: Bank Transfers/CD's | 1,399.31 | 3,790.60 | |
| Subtotal | 2,400.00 | 8.71 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,400.00 | 8.71 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *********9365 | 1,400.00 | 0.69 | 0.00 |
| Checking Account - *********4920 | 1,800.00 | 167.26 | 5,423.34 |
| Checking Account - *********7546 | 2,400.00 | 8.71 | 0.00 |
| | 5,600.00 | 176.66 | 5,423.34 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  600.00  3,790.60

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-10978 -MJK | | Trustee Name: | DANIEL E. BRICK, TRUSTEE |
| Case Name: | GLICA, SHIRLEY A. | | Bank Name: | Capital One |
| Taxpayer ID No: | ******6581 | | Account Number / CD #: | *******7546 Checking Account |
| For Period Ending: | 12/03/13 | | Blanket Bond (per case limit): | $ 32,892,691.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account - *********9365 | | | | |
| | | | Checking Account - *********4920 | | | | |
| | | | Checking Account - *********7546 | | | | |
| | | | | Page Subtotals | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 03, 2013

Case Number: 11-10978
Debtor Name: GLICA, SHIRLEY A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | BRICK, BRICK & ELMER<br>PO BOX 604<br>NORTH TONAWANDA, NY 14120 | Administrative | | $708.00 | $0.00 | $708.00 |
| BOND 999 2300-00 | International Sureties, LTD. | Administrative | | $17.26 | $17.26 | $0.00 |
| 000001 070 7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $17,955.60 | $0.00 | $17,955.60 |
| 000002 080 7200-00 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | Unsecured | | $1,448.08 | $0.00 | $1,448.08 |
| | Case Totals: | | | $20,128.94 | $17.26 | $20,111.68 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-10978
Case Name: GLICA, SHIRLEY A.
Trustee Name: DANIEL E. BRICK, TRUSTEE

| | Balance on hand | $ | 5,423.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL E. BRICK, TRUSTEE | $ 1,310.00 | $ 0.00 | $ 1,310.00 |
| Attorney for Trustee Fees: BRICK, BRICK & ELMER | $ 708.00 | $ 0.00 | $ 708.00 |
| Other: International Sureties, LTD. | $ 17.26 | $ 17.26 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 2,018.00 |
| Remaining Balance | $ 3,405.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,955.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ 17,955.60 | $ 0.00 | $ 3,405.34 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,405.34 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,448.08 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | eCAST Settlement Corporation | $ 1,448.08 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE